UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ERIC COLEY                                                                                            PETITIONER
Reg #41014-424

VS.                                       2:20-CV-00015-JTR

DEWAYNE HENDRIX,
Warden, FCI-Forrest City                                                                      RESPONDENT

## JUDGMENT

Consistent with the Order entered this day, the § 2241 Petition for Writ of Habeas Corpus, *Doc 1*, filed by Eric Coley is DISMISSED, with prejudice. Judgment is entered in favor of the Respondent.

IT IS SO ORDERED this 30th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE